UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| FRANCISCO SARCOS, | No.  2:21-cv-00196-JDP(SS) |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Kilolo Kijakazi, COMMISSIONER OF SOCIAL SECURITY, | ECF No. 13 |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to September 23, 2021.

This is a first request, and the policy disfavoring extensions is acknowledged; however, the records in three cases were filed within two days, triggering essentially the same due date for three motions for summary judgment that plaintiff's counsel must file, and between these must

1

also be fitted two or three Ninth Circuit opening briefs and all other more nearly routine briefing and work.

Dated:   August 23, 2021                                         /s/     *Jesse S. Kaplan*
                                                                          JESSE S. KAPLAN
                                                                          Attorney for Plaintiff


                                                                          PHILLIP A. TALBERT
                                                                          Acting United States Attorney
                                                                          DEBORAH LEE STACHEL
                                                                          Regional Counsel, Region IX
                                                                          Social Security Administration


Dated:  August 23, 2021                                           */s/ per e-mail authorization*

                                                                          ALLISON CHEUNG
                                                                          Special Assistant U.S. Attorney
                                                                          Attorney for Defendant

**ORDER**

The parties' stipulation is construed as a motion. ECF No. 13. For good cause shown, the motion is granted. Plaintiff's time to file a motion for summary judgment brief is extended to September 23, 2021.

IT IS SO ORDERED.

Dated:   August 30, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE