UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

FRANCISCO SARCOS,

          Plaintiff,

v.

Kilolo Kijakazi,
COMMISSIONER OF SOCIAL SECURITY,

          Defendant.
_____/

No.   2:21-cv-00196-JDP(SS)

ORDER CONSTRUING THE PARTIES' STIPULATION AS A MOTION AND GRANTING AN EXTENSION OF
TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

ECF No. 15

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to October 11, 2021.

    This is a second request, and the policy disfavoring extensions is acknowledged; however, plaintiff's counsel must juggle a large number of these briefs and also administrative briefs for these cases. He has, for instance, filed three opening briefs in the Ninth Circuit within

[Pleading Title]1

less than a month and has a fourth due due in a matter of days, has also done and will do before the new proposed date for this case briefs in this Court as well, has filed at least two Appeals Council briefs, and also prehearing briefs, all within the last month.

Dated:   September 22, 2021                                        /s/    *Jesse S. Kaplan*
                                                                                           JESSE S. KAPLAN
                                                                                           Attorney for Plaintiff



                                                                                           PHILLIP A. TALBERT
                                                                                           Acting United States Attorney
                                                                                           DEBORAH LEE STACHEL
                                                                                           Regional Counsel, Region IX
                                                                                           Social Security Administration


Dated:  September 22, 2021                                           */s/ per e-mail authorization*

                                                                                           ALLISON CHEUNG
                                                                                           Special Assistant U.S. Attorney
                                                                                           Attorney for Defendant

## **ORDER**

The parties' stipulation is construed as a motion and granted. ECF No. 15. Plaintiff will have until October 11, 2021 to file a motion for summary judgment brief. No further extensions will be granted for plaintiff absent extraordinary circumstances.

IT IS SO ORDERED.

Dated:   September 27, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE